UNITED STATES BANKRUPTCY COURT
Middle District of Florida
Orlando Division

| | |
|---|---|
| IN RE:<br><br>Sergio Assis Mendes<br>Sara Lineberger Mendes<br><br><br>Debtors | Case No:   6:10-bk-13520-ABB<br>Chapter 13 |

### ORDER GRANTING DEBTORS' MOTION TO MODIFY CONFIRMED PLAN

**THIS CAUSE** came before the Court without a hearing upon the Debtors' Motion to Modify Confirmed Plan, docket number 44. The Court having noted that all issues are resolved by this Order and/or were resolved at the hearing, it is hereby:

**ORDERED AND ADJUDGED:**

1.   That the Debtors' Motion is granted, and the Order Confirming Chapter 13 Plan is modified, pursuant to the payments and disbursements set forth on Exhibit "A" attached hereto.

2.   All other provisions of the Order Confirming Chapter 13 Plan entered by this Court on March 16, 2011 shall remain the same and in full force and effect.

DONE and ORDERED in Orlando, Florida, this 23rd day of October, 2012

_____
Arthur B. Briskman
United States Bankruptcy Judge

Copies to: All Creditors and Interested Parties on the Court mailing matrix.

**Exhibit "A"**

| Claim Nbr. | | Claim Type | Claim Amount | Claim Allowed | Notes | Monthly Payments | |
|---|---|---|---|---|---|---|---|
| AT | Robert B Branson | Attorney Fee | $5,400.00 | $5,400.00 | ( 1) | | |
| | | | | | | 01-02/ | $1,200.00 |
| | | | | | | 03-03/ | $300.00 |
| | | | | | | 04-06/ | $0.00 |
| | | | | | | 07-23/ | $50.00 |
| | | | | | | 24-25/ | $0.00 |
| | | | | | | 26-59/ | $52.86 |
| | | | | | | 60-60/ | $52.76 |
| | | | | | | 01-60/ | $108.22 |
| 001 | Discover Bank | General Unsecured | $12,402.23 | $12,402.23 | | 1-60/ | Pro Rata |
| 002 | Gmac | Secured By Vehicle | $7,039.83 | $7,971.03 | ( 2) | | |
| | | | | | | 01-06/ | $136.00 |
| | | | | | | 07-23/ | $132.50 |
| | | | | | | 24-25/ | $0.00 |
| | | | | | | 26-59/ | $140.07 |
| | | | | | | 60-60/ | $140.15 |
| 003 | Fia Card Services | General Unsecured | $4,096.46 | $4,096.46 | | 1-60/ | Pro Rata |
| 004 | Robert B. Lineberger | General Unsecured | $22,000.00 | $22,000.00 | | 1-60/ | Pro Rata |
| 005 | Internal Revenue Service | Priority | $5,250.33 | $5,250.33 | ( 3) | | |
| | | | | | | 01-23/ | $87.52 |
| | | | | | | 24-25/ | $0.00 |
| | | | | | | 26-59/ | $92.51 |
| | | | | | | 60-60/ | $92.03 |
| 006 | Ecast Settlement Corporation | General Unsecured | $16,930.87 | $16,930.87 | | 1-60/ | Pro Rata |
| 007 | Ecast Settlement Corp. | General Unsecured | $9,161.47 | $9,161.47 | | 1-60/ | Pro Rata |
| 008 | Midland Funding, Llc By American Infos | General Unsecured | $21,291.48 | $21,291.48 | ( 4) | 1-60/ | Pro Rata |
| 009 | Midland Funding, Llc By American Infos | General Unsecured | $7,104.47 | $7,104.47 | ( 5) | 1-60/ | Pro Rata |
| 010 | Candica L.L.C. | General Unsecured | $4,921.14 | $4,921.14 | ( 6) | 1-60/ | Pro Rata |
| 011 | Pra Receivables Management Llc | General Unsecured | $17,113.96 | $17,113.96 | ( 7) | 1-60/ | Pro Rata |
| 012 | Candica L.L.C. | General Unsecured | $17,068.33 | $17,068.33 | | 1-60/ | Pro Rata |
| 013 | East Bay Funding, Llc | General Unsecured | $5,161.93 | $5,161.93 | ( 8) | 1-60/ | Pro Rata |
| 014 | Ecast Settlement Corp. | General Unsecured | $15,150.31 | $15,150.31 | | 1-60/ | Pro Rata |
| 015 | Insolve Recovery, Llc | Secured By Vehicle | $4,864.61 | $6,639.58 | ( 9) | | |
| | | | | | | 01-23/ | $110.66 |
| | | | | | | 24-25/ | $0.00 |
| | | | | | | 26-59/ | $116.98 |
| | | | | | | 60-60/ | $117.08 |
| 016 | American Express | General Unsecured | $11,429.85 | $11,429.85 | | 1-60/ | Pro Rata |
| 017 | Capital One, N.A. | General Unsecured | $4,585.98 | $4,585.98 | ( 10) | 1-60/ | Pro Rata |
| 018 | Bac Home Loans Servicing | Ongoing Mortgage | $349,957.00 | $0.00 | ( 11) | | |
| | | | | | | 01-23/ | $2,386.84 |
| | | | | | | 24-25/ | $0.00 |
| | | | | | | 26-37/ | $2,784.65 |

| | | | | | | 38-60/ | $2,386.84 |
|---|---|---|---|---|---|---|---|
| 505 | Internal Revenue Service | General Unsecured | $186.96 | $186.96 | | 1-60/ | Pro Rata |

Note ( 1)   CLAIM IS PAID OUT.

Note ( 2)   PURSUANT TO ORDER FILED ON 2/11/2011, THIS CLAIM IS BEING PAID WITH 5% INTEREST.

Note ( 3)   IRS CLAIM.

Note ( 4)   CLAIM TRANSFERRED TO MIDLAND FUNDING, LLC.

Note ( 5)   CLAIM TRANSFERRED TO MIDLAND FUNDING, LLC.

Note ( 6)   CLAIM TRANSFERRED TO CANDICA, L.L.C.

Note ( 7)   CLAIM TRANSFERRED TO PORTFOLIO RECOVERY ASSOCIATES, LLC.

Note ( 8)   CLAIM TRANSFERRED TO EAST BAY FUNDING, LLC.

Note ( 9)   THIS CLAIM IS BEING PAID WITH 12.99% INTEREST. THIS CLAIM REPRESENTS AMENDED CLAIM 15-2. CLAIM TRANSFERRED TO INSOLVE RECOVERY, LLC.

Note ( 10)  CLAIM TRANSFERRED TO CAPITAL ONE, N.A.

Note ( 11)  PRINCIPAL DUE AMOUNT PURSUANT TO FILING OF PROOF OF CLAIM IS $349,957.00.

**Debtor Payments to the Trustee**

| Months | Amount |
|---|---|
| 1-23 | $4,500.00 |
| 24-25 | $0.00 |
| 26-60 | $4,212.00 |

ONLY TIMELY FILED CREDITORS SHALL BE PAID PRO RATA FROM FUNDS AVAILABLE AFTER PAYMENT OF PRIORITY AND SECURED CLAIMS.
Variations in distributions between the debtor's plan and this Order shall be resolved in favor of this Order.

NOTICE TO ALL CREDITORS LISTED ABOVE:   In an effort to disburse all funds held by the Trustee on a monthly basis, it is possible that you may on occasion receive partial payment. However, the Claim Allowed by this Court will be paid in full by the end of the Debtor's plan. All undesignated funds will be distributed to unsecured creditors.

ALL TAX RETURNS must be provided to the Trustee annually by April 30. All future refunds from the Internal Revenue Service shall be turned over to the Chapter 13 Standing Trustee for distribution to unsecured creditors.

ACCORDING TO THE CONFIRMED CHAPTER 13 PLAN, or any modified plan thereafter, the last regular monthly mortgage payment to be paid through the Chapter 13 Trustee's office is August 14, 2015. Therefore, it is important that the Debtors resume their regular monthly mortgage payments directly to the mortgage creditor thereafter.